UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Tunga Gregory, individually and on behalf of all others similarly situated;<br><br>  Plaintiff,<br><br>v.<br><br>Law Offices of Thomas E. Nelson, P.C., Westhill Exchange, LLC and John Does 1-25,<br><br>  Defendant. | Civil Action No: 4:18-cv-403 |

## NOTICE OF SETTLEMENT

Plaintiff Tunga Gregory hereby notifies the Court that the Parties have agreed to settle all pending claims in this matter. The Parties expect to submit a stipulation of dismissal within thirty (30) days. The Parties respectfully ask for a suspension of court-ordered deadlines and hearings pending the anticipated dismissal.

DATED: August 20, 2018

Respectfully Submitted,


/s/ Shawn Jaffer_____.
**SHAWN JAFFER, ESQ.**
Texas Bar No.: 24107817
E-mail:shawn@jafflaw.com
SHAWN JAFFER LAW FIRM PLLC
15950 Dallas Parkway, Suite 400
Dallas, Texas 75248
Phone: 214-210-0730
Fax:    214-594-6100

*ATTORNEY FOR PLAINTIFF*