IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| TUNGA GREGORY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>VS.<br><br>LAW OFFICES OF THOMAS E. NELSON, P.C., ET AL.,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  NO. 4:18-CV-403-A<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Tunga Gregory, against defendants, Law Offices of Thomas E. Nelson, P.C., and Westhill Exchange LLC, be, and are hereby, dismissed without prejudice.

SIGNED September 20, 2018.

_____
JOHN MCBRYDE
United States District Judge